# MEMO ENDORSED

*Department of Law*
City Hall
(914) 654-2120

**KATHLEEN E. GILL**
*Corporation Counsel*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/2013

New Rochelle, NY 10801
Fax: (914) 654-2345

**BRIAN J. POWERS**
*Deputy Corporation Counsel*

**KENNETH E. POWELL**
*Assistant Corporation Counsel*

City of New Rochelle
New York

May 20, 2013

*A Pre-motion Conference is scheduled for June 20, 2013 at 11:00am. Plaintiff directed to respond to this letter in writing (not to exceed 3 pages) by June 13, 2013.*
*Dated: May 30, 2013 White Plains, NY*

**Via fax  (914) 390-4298**

Honorable Edgardo Ramos
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York  10601-4150

**SO ORDERED:**

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Re:   Llewellyn Angelo Williams v. City of New Rochelle
      13 CV 3315 (ER)

Dear Judge Ramos:

This office will be representing the Defendant City of New Rochelle in the above-referenced matter.

On Friday, May 17, 2013, Mr. Williams' *pro se* complaint was served upon this office.  The complaint is set forth on the Court's "Complaint-Prisoner Civil Rights, 42 USC §1983" form.  The Civil Cover Sheet identifies the Nature of the Action as "Contract-Other" and further alleges it is a "Civil Rights-Other Civil Rights (Non-Prisoner)" action.

In his complaint under "Statement of Claim" as set forth in paragraph II.C., Mr. Williams alleges that the date and approximate time of the events giving rise to his claim as being "Between 2004-2012".  Mr. Williams also claims in generalized form that his constitutional and civil rights were violated without giving any specific factual claims.

In accordance with your individual rules of practice, specifically Rule 2.A.ii., I am writing to respectfully request a pre-motion conference for the purpose of obtaining a more definite statement of the allegations forming the basis of the complaint pursuant to Federal Rules of Civil Procedure Rule 12(e).  As the complaint is presently framed, I cannot reasonably prepare a response to it as it is lacking in any kind of specific, factual details.

Copies Mailed/Faxed *to Plaintiff*
Chambers of Edgardo Ramos
5/30/2013

The plaintiff is appearing *pro se*. I am forwarding a copy of this letter to Mr. Williams by overnight mail as I have neither a fax number for him nor an e-mail address.

I thank you for your consideration of this letter. If the Court requires anything further, please advise and I will be happy to provide such.

Very truly yours,

BRIAN J. POWERS (BP-1992)
Deputy Corporation Counsel
(914) 654-2126

BJP/hs

cc:

Llewellyn Angelo Williams
22 Clinton Avenue
New Rochelle, New York 10801