UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WILLIAMS,

                        Plaintiff(s),      **RESCHEDULING NOTICE**

    - against -

                                                     13 Civ. 3315 (ER)

THE CITY OF NEW ROCHELLE,

                        Defendant(s).

-----------------------------------------------------------x

The above case previously scheduled for pre-motion conference on June 20, 2013, **is hereby rescheduled until July 11, 2013 at 10:30 am** in Courtroom 218 before the Hon. Edgardo Ramos, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

                                                                                    _____
                                                                        Gina Sicora, Courtroom Deputy to
                                                                        Hon. Edgardo Ramos, U.S.D.J.

Dated:     White Plains, New York
              June 11, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2013

Copies Mailed/Faxed to Plaintiff
Chambers of Edgardo Ramos
6/11/2013