AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Llewellyn Angelo Williams <br> *Plaintiff* <br> v. <br> The City of New Rochelle <br> *Defendant* | ) <br> ) <br> ) Case No. 13 CV 3315 (ER) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, City of New Rochelle

Date: 06/12/2013

*Brian J. Powers*
*Attorney's signature*

Brian J. Powers (BP-1992)
*Printed name and bar number*

Corporation Counsel's Office
515 North Avenue
New Rochelle, New York  10801

*Address*

bpowers@newrochelleny.com
*E-mail address*

(914) 654-2120
*Telephone number*

(914) 654-2345
*FAX number*