**MEMO ENDORSED**

## Department of Law
City Hall
(914) 654-2120



515 North Avenue
New Rochelle, NY 10801
Fax: (914) 654-2345

**KATHLEEN E. GILL**
Corporation Counsel

**BRIAN J. POWERS**
Deputy Corporation Counsel

**KENNETH E. POWELL**
Assistant Corporation Counsel

City of New Rochelle
New York

June 12, 2013

*The Pre-Motion Conference was rescheduled to July 11, 2013 at 10:30am. Plaintiff directed to respond to this letter in writing (not to exceed 3 pages) by July 8, 2013.*
*Dated: June 13, 2013*
**SO ORDERED:**
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Via fax (914) 390-4298

Honorable Edgardo Ramos
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:  Llewellyn Angelo Williams v. City of New Rochelle
     13 CV 3315 (ER)

Dear Judge Ramos:

This office will be representing the Defendant City of New Rochelle in the above-referenced matter.

In response to your endorsed letter of May 30, 2013 (copy attached), this office was served with an amended complaint which was filed with the Clerk of the Court on June 4, 2013.

The amended pleadings contain the same generalized claims as in the original complaint, which prompted my May 20 request for a pre-motion conference in order to obtain a more definite statement of the allegations forming the basis of the complaint pursuant to Federal Rules of Civil Procedure Rule 12(e). The amended pleadings have not cured the prior problem.

Under the circumstances, I will be appearing for the conference scheduled before you on June 20, 2013 at 11:00 a.m. unless the Court advises to the contrary.

The plaintiff is appearing *pro se*. I am forwarding a copy of this letter to Mr. Williams via the e-mail address he provided on the amended complaint.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2013

Copies Mailed/Faxed *to Plaintiff*
Chambers of Edgardo Ramos
6/13/2013

      I thank you for your consideration of this letter. If the Court requires anything further, please advise and I will be happy to provide such.

Very truly yours,

*Brian J. Powers*

BRIAN J. POWERS (BP-1992)<br>
Deputy Corporation Counsel<br>
(914) 654-2126

BJP/hs

cc: (with enclosure)

Llewellyn Angelo Williams<br>
22 Clinton Avenue<br>
New Rochelle, New York  10801<br>
Via e-mail to: angelow0007@gmail.com