AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Llewellyn Angelo Williams )
*Plaintiff* )
)
v. ) Civil Action No.
)       7:13-CV-03315-NSR
The City of New Rochelle )
*Defendant* )
Police Department et al

AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The City of New Rochelle + City of New Rochelle Police Dept.
515 North Avenue
New Rochelle N.Y. 10801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Llewellyn Angelo Williams
22 Clinton Avenue
New Rochelle N.Y. 10801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 12 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* The New Rochelle Police Department N.Y. 10801 on *(date)* 08-14-2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08-14-2013

*William Trottie*
Server's signature

William Trottie
Printed name and title

67 Frenchridge New Rochelle NY.
Server's address

Additional information regarding attempted service, etc: