# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/13
```

September 5, 2013

Honorable Nelson S. Roman
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains  New York 10601-4150

Re: Llewellyn Angelo Williams
v City of New Rochelle
13 CV 3315 (NSR)

Dear Judge Roman,

  <u>I am respectfully requesting that the pre-motion conference that is currently scheduled for September 11, 2013, be adjourned.</u> To date, I have not been able to have several of the police officers who were involved in these incidents served with a summons. Specifically, I need to effect service on the following New Rochelle Police Officers : Sergeant Daniel Conca, Sergeant John Inzeo, Sergeant Kyle Wilson, Police Officer Aaron Goldstein, Police Officer Lore, and Police Officer Chen.

  Further, I wish to bring to this Court's attention that the New Rochelle Police Department has not provided me with any transcripts of any of the recorded telephone calls that I have requested. I made telephone calls to Lieutenant Marshall's office between March 2nd and March 6, 2013 from my cellular telephone ( 914-563-6799 ). I am now being advised that those calls were not recorded. I have also been advised by the New Rochelle Police Department that a phone call made by Sergeant Kyle Wilson, while he was on duty and working in a squad room, to my cellular phone, was not recorded. I find it difficult to believe that there appears to be no record or recording of those calls by the New Rochelle Police Department.

  I was not advised when I initially went to the United States District Court that I was supposed to serve the officers individually- that is why I only served The New Rochelle Police Department and The City of New Rochelle. I am now using a process server in order to effect proper service.

  I have spoken with an attorney that I know, Mr. Russell B. Smith, Esq., whose office is in White Plains, about representing me in this matter. He has been an attorney for over twenty years but is not currently admitted to federal practice but is in the process of doing so.

Thank you for your consideration.

**The application is**  ___ granted.
        X denied.

*[handwritten next to signature block: I'm asking for permission to amend complaint to add additional police officers too complaint]*

Very truly yours,

Nelson S. Roman, U.S.D.J.
Dated: Sept. 9, 2013
White Plains, New York 10601

Llewellyn Angelo Williams

*[handwritten endorsement:]* Request is Denied and pre-motion conference remains scheduled for Sept. 11, 2013 at 10:30am. Plaintiff's request seeking leave to file third amended complaint will be discussed at that conference.

Copies mailed/faxed 9/9/2013

Chambers of Nelson S. Román, U.S.D.J.

Continuation → Further Request Internal Affair

> 9:49 Pm ✱
> 2/3/12
> Requesting phone
> Call to Lieutenant
> Marshalls between
> 02/04/12 - 02/08/12

→ Records pertaining to A complaint I filed Against Sgt Conca at C.V.S located at 625 North Avenue, New Rochelle, between 2012 - 2013.

Furthermore, Also requesting an incident report concerning Sgt John INZEO and myself at 446 Main Street, on Saturday ✱ March 2nd, 2013, and the phone calls I made to Lieutenant Marshalls office between March 2nd and March 6th 2013, From my person phone # of (914 563 - 6799).

✱ Also Requesting - The phone call made by Sgt. Wilson to my cell phone (914) 563-6799, ON July 17th, 2013, at Approximately 3:44 p.m., pertaining to A police report that I made earlier that day to Sgt. Morrell.

Llewellyn Angelo Williams

New Rochelle Police Department  
475 North Avenue  
New Rochelle, N.Y. 10801



Office: (914) 654-2217

19 AUG 13

Llewellyn Angelo Williams  
22 Clinton Ave.  
New Rochelle, N.Y. 10801

Re: F.O.I.L.  
Audio Recordings/Phone Calls

Dear Mr. Williams:

In am in receipt of your most recent F.O.I.L request for audio recordings of telephone calls made either to or from NRPD headquarters. As I have previously explained to you attorney, Russell Smith, without a narrow time frame, it is difficult to search out one particular call. Also, some calls are not recorded. In your situation, calls to the phone in Lieutenant Marshall's were not recorded. You should know that once the Communications Unit employee transfers the call to his line, and hangs up, all recording ceases. Next, I interviewed Sgt. Kyle Wilson concerning the outgoing call he initiated to you on July 17, 2013. He advised me that he called from a phone located in the basement squad room which is not recorded. If you have any questions, contact me at 654-2217.

Very truly yours,  
Capt. Kevin S. Kealy  
Staff Services