UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLewellyn ANgelo WilliAms
*(List the name(s) of the plaintiff(s)/petitioner(s).)*

13 Civ **03**315 (NSR) ( )
03315

- against -

**AFFIRMATION OF SERVICE**

The City oF New RocHelle. ET AL

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* LLewellyn ANgelo Williams declare under penalty of perjury that I
served a copy of the attached *(list the names of the documents you served):* BriAn Powers
The City Attorney of New RocHelle N.Y.

upon all other parties in this case by *(state how you served the documents, for example, hand delivery,*
*mail, overnight express)* HANd Delivery to the
following persons *(list the names and addresses of the people you served):*
515 NORth Ave
New RocHelle N.Y. 10801

on *(date you served the document(s))* _____

10/08/2013
Dated

*Llewellyn Angelo William*
Signature
22 Clinton Ave
Address
New RocHelle NY
City, State
10801
Zip
914-563 6799
Telephone Number
Angelow0007@Gmail.Com
E-Mail Address

*Rev. 01/2013*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| LLEWELLYN ANGELO WILLIAMS | ) |
| ——————————————— | ) |
| *Plaintiff* | ) |
| v. | ) |
| THE CITY OF NEW ROCHELLE, ET AL | ) |
| ——————————————— | ) |
| *Defendant* | ) |

Civil Action No.   13CV03315 (NSR)

*AMENDED*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PRO SE:
LLEWELLYN ANGELO WILLIAMS
22 CLINTON STREET
NEW ROCHELLE, NEW YORK 10801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

CLERK

Date:   10/08/2013

*Signature of Clerk or Deputy Clerk*