UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LLEWELLYN ANGELO WILLIAMS     Petitioner(s)

INDEX NO.: CV-03315

AFFIDAVIT OF DUE DILLIGENCE

-against-

THE CITY OF NEW ROCHELLE, THE CITY OF NEW ROCHELLE
POLICE DEPARTMENT, SERGEANT DANIEL CONCA, SERGEANT
JOHN INZEO, SERGEANT WILSON, POLICE OFFICER ADAM
CASTAGNA, POLICE OFFICER EDWARD SILLER

Respondent(s)
------------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF WESTCHESTER

I, JERMEL MCCLURE being duly sworn, deposes and says; that he is not a party herein, is over the age of 18 years, and resides in the State of New York. That on OCTOBER 21, 2013, at 10:30 A.M., at 475 NORTH AVENUE, NEW ROCHELLE, NEW YORK 10801 respondent served the within:

- [ ] SUMMONS WITH NOTICE
- [ ] SUMMONS AND COMPLAINT
- [x] AMENDED COMPLAINT
- 30 DAY NOTICE
- [ ] VERIFIED COMPLAINT
- [ ] SUBPOENA [ ] SUBPOENA DUCES TECUM
- [ ] ORDER TO SHOW CAUSE
- [ ] NOTICE TO TAKE ORAL DEPOSITION
- [ ] CITATION
- [ ] NOTICE OF PETITION AND PETITION NON-PAYMENT

SERVED ON: POLICE OFFICER ADAM CASTAGNA

- [ ] **Individual** by delivering a true copy of each to said recipient personally; deponent knew the person so served to the person described as said recipient therein.
- [x] **Corporation** A Municipal corporation, by delivering thereat a true copy of each to Marie personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be AGENT AUTHORIZED TO ACCEPT SERVICE thereof.
- [ ] **Suitable Age Person** by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state.
- [ ] **Affixing to Door, etc.** by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there. on _____, 201___ at ___ a.m.; and _____, 201___ at ___ a.m.;
- [ ] **Mailing to Residence** Deponent talked to _____ at said premises who stated that recipient [ ] lived [ ] worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.
- [ ] **Mailing to Business**

Deponent describes the person served as follows:

- [ ] Male [x] Female
- [x] White skin [ ] Black skin [ ] Yellow skin [ ] Brown skin [ ] Red skin
- [ ] brown hair [x] black hair [ ] blonde hair [ ] gray hair [ ] red hair
- [ ] white hair [ ] balding [ ] mustache [ ] beard [x] glasses
- [ ] 14-20 yrs. [ ] 21-35 yrs. [ ] 36-50 yrs. [x] 51-65 yrs. [ ] over 65 yrs.
- [ ] under 5' [x] 5'0"-5'3" [ ] 5'4"-5'8" [ ] 5'9"-6'0" [ ] over 6'
- [ ] under 100 lbs. [x] 100-130 lbs. [ ] 131-160 lbs. [ ] 161-200 lbs. [ ] over 200 lbs.

Other identifying features: _____

- [ ] **Witness Fees** $ _____ the authorizing traveling expenses and one days' witness fee: [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.
- [x] **Military Service** I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian and no military uniform. The sources of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

SWORN TO ME BEFORE THIS 28TH
DAY OF OCTOBER, 2013

LUIS ADAMES
Notary Public, State of New York
No. 01AD6076625
Qualified in Bronx County
Qualified in Westchester County
Commission Expires June 24, 2014

JERMEL McCLURE
LIC: 1439609

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| LLEWELLYN ANGELO WILLIAMS </br></br> *Plaintiff* </br> v. </br> THE CITY OF NEW ROCHELLE, ET AL </br></br> *Defendant* | ) ) ) ) )   Civil Action No. 13CV03315 (NSR) ) ) ) ) |

AMENDED
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PRO SE:
LLEWELLYN ANGELO WILLIAMS
22 CLINTON STREET
NEW ROCHELLE, NEW YORK 10801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
CLERK

*Signature of Clerk or Deputy Clerk*

Date:  10/08/2013