**MEMO ENDORSED**

November 26, 2013

> The Pre-motion Conference is rescheduled from Dec. 13, 2013 until Dec. 19, 2013 at 2:30pm. If Plaintiff seeks leave to file a Fourth Amended Complaint, he is directed to my Individual Practices, Section 3.A.ii, and to submit a pre-motion letter, not to exceed three pages, with a proposed Fourth Amended Complaint by Dec. 12, 2013. Defendants' response letter, if any, is due by Dec. 17, 2013.
> Dated: Dec. 3, 2013
> White Plains, NY
>
> **SO ORDERED:**
> _/s/_ 12/3/13
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

fax 914-390-4179

Judge Nelson S. Roman
United States District Court
Southern District Court
federal building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: Williams v. City of New Rochelle, et al., 13cv 3315 (NSR)

I Llewellyn a. Williams spoke to Brian Powers of Deputy Corporation Counsel For The City of New Rochelle by phone on Friday November 22/13 at that time. I spoke to Brian Powers and he agreed that December 19/2013 Date In the afternoon wood be good for him Ok. Now Im moving forward with a fourth amended complaint in this case # 13 CV 3315 (NSR)

Thank you for your consideration in this matter.

_Llewellyn Angelo Williams_
Llewellyn Angelo Williams

Email-Angelow0007@gmail.com

Phone- 914-563-6799
22 Clinton ave
New Rochelle n,y, 10801

Copies mailed/~~faxed~~ 12/3/2013
Chambers of Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2013