*PRe- moTion Letter*
*L.W*

Judge Nelson S. Roman
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains New York 10601-4150

December 5, 2013

Re: Llewellyn Angelo Williams v
City of New Rochelle

13 CV 3315 (NSR)

Dear Judge Roman,

Enclosed please find a proposed Fourth Amended Complaint which I am seeking to file in the above-captioned case. None of the allegations set forth in this Complaint go to any events that pre-date the release that I signed on October 6, 2011. I respectfully submit that the Fourth Amended Complaint definitively sets forth the allegations that form the basis of these post-October 6, 2011 claims. I further understand that this case may be assigned to a Magistrate Judge and that I will abide by all instructions and rulings by that Magistrate Judge. Thank you for your consideration of this letter and consideration of the proposed Fourth Amended Complaint.

Very truly yours,

*[signature]*

Llewellyn Angelo Williams
22 Clinton Avenue
New Rochelle New York 10801