**RUSSELL B. SMITH**
Attorney At Law
399 Knollwood Road, Suite 220
White Plains, New York 10603
(t) - (914) 997- 0555
(f) - (914) 997-0550

February 13, 2015

Hon. Judith C. McCarthy
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains New York 10601-4150

      Re:  Williams v. City of New Rochelle, et al
      13 CV 3315 (NSR)

Dear Judge McCarthy,

    As you are aware, I represent the plaintiff Llewellyn Angelo Williams in the matter of **Llewellyn Angelo Williams v The City of New Rochelle, et.al.**  I met with Mr. Brian J. Powers yesterday at his office while conducting depositions for the case. I explained that I would like to postpone the conference for one week until March 3, 2015 after 2:00 p.m.  Mr. Powers consented to the request, and agreed that if March 3, 2015 is not acceptable to the Court, we can be available for a conference on March 6, 2015, at any time, or on March 9, 2015 after 10:30 a.m.

    Thank you for your consideration.

                                  Very truly yours,

                                  Russell B. Smith