UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLEWLLYN ANGELO WILLIAMS
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

20 Civ. 2219 (NSR/JCM)

MOTION

- against -

CITY OF NEW ROCHELLE
_____
CITY OF NEW ROCHELLE AND THE PROPERTIARY DEPARTMENTS
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**PLEASE TAKE NOTICE** that upon the annexed affirmation of ANGELO WILLIAMS,
*(name)*
affirmed on 21  05 , 20 21 , and upon the exhibits attached thereto *(delete if no*
*(date)*
*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*
*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
*(circle one)*
LORETA A. PRESKA , United States District/Magistrate Judge, for an order
*(Judge's name)*                           *(circle one)*
pursuant to Rule 65 of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: I HEREBY STATE AS OF THIS DATE THAT I REQUEST AND OR INSIST THAT THE CITY OF NEW
ROCHELLE AND IT'S PERSONNEL,INCLUDING THE LAW ENFORCEMENT COMMUNITY CEASE ALL HARRASSEMENT
AND IMPROPER DISTRIBUTION OF JUSTICE WHILE THE COMPLETION OF MY COMPLIANT IS UNDER WAY.I ASK
THIS REQUEST FOR TWO OTHER PERSONS WHOM ARE ASSISTINGMWE IN THIS DISPUTE.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: NEW ROCHELLE , NY
       *(city)*         *(state)*
       _____ , 20 ___
       *(month)* *(day)* *(year)*

Signature LLEWLYN ANGELO WILLIAMS
Address 22 CLINTON AVENUE
NEW R4OCHELLE, NEW YORK 10801
Telephone Number 914-563-6799
Fax Number *(if you have one)* _____

*Rev. 05/2007*

[RECEIVED MAY 21 2015 U.S.D.C. WP]