UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLEWLLYN ANGELO WILLIAMS

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

CITY OF NEW ROCHELLE

AND ALL PROPERTIARY DEPARTMENTS

CITY OF NEW ROCHELLE POLICE DEPARTMENT

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

RECEIVED MAY 21 2015 U.S.D.C. WP

13 Civ. 3315 (NSR)(JCM)

**AFFIRMATION IN SUPPORT OF MOTION**

I, L.ANGELO WILLIAMS, **affirm under penalty of perjury** that:

1. I, L.ANGELO WILLIAMS, am the plaintiff/defendant *(circle one)* in the above entitled action, and respectfully move this Court to issue an order TO RESTRAIN AND OR CEASE THE CITY-RULE 65.

2. The reason why I am entitled to the relief I seek is the following *(state all your reasons using additional paragraphs and sheets of paper as necessary)*: I REQUEST THAT THIS CITY OF NEW ROCHELLE AND ALL IT'S PROPERTIARY DEPARTMENTS, AND THE POLICE DEPARTMENT COMPLY WITH THE RULES OF FEDERAL RULES OF CIVIL PROCEDURE-65 AND BAR ANY KIND OF HARRASEMENT AND OR ALTERNATIVE METHODS OF A DISTRIBUTION OF JUSTICE UPON ME AND MY TWO COLLEAGUES WHILE THIS DISPUTE IS IN COMPLETION.

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: NEW ROCHELLE, NY
*(city)* *(state)*
MAY 21, 20 15
*(month) (day) (year)*

Signature LLEWLLYN ANGELO WILLIAMS
Address 22 CLINTON AVENUE
NEW ROCHELLE, NEW YORK, 10801
Telephone Number 914-563-6799
Fax Number *(if you have one)*

*Rev. 05/2007*