UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLEWLLYN ANGELO WILLIAMS
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

CITY OF NEW ROCHELLE
_____

CITY OF NEW ROCHELLE AND ALL DEPARTMENTS,
_____

CITY OF NEW ROCHELLE POLICE DEPARTMENT
_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**RECEIVED**

MAY 2 1 2015

U.S.D.C.
WP

13 Civ. 3315 (NSR) (JCM)

**REPLY AFFIRMATION
IN SUPPORT OF MOTION**

I, L.ANGELO WILLIAMS
      *(name)*, **affirm under penalty of perjury** that:

1.       I, L.ANGELO WILLIAMS
              *(name)*, am the plaintiff/defendant in the above entitled action, and
*(circle one)*
submit this affirmation in further support of my motion to this Court for an order
ASK THE FULL COMPLIANCE WITH RULE 65 OF THE FRCP_____.
                                          *(state what you want  the Judge to order)*

2.       The reason why I am entitled to the relief I seek is the following *(state your additional reasons*
*using additional paragraphs and additional sheets of paper as necessary; you should not repeat information from your original*
*affirmation).* I REQUEST ALL OFFICIALS OF THE CITY OF NEW ROCHELLE AND ALL IT'S PROPERITARY INTERESTS
COMPLY WITH THE RULES OF THE FRCP,RULE 65 AND CEASE AND NARRASEMENT AND ANY KIND OF UNFAIR
TREATMENT AGAINST ME AND AND MY TWO COLLEAGUES AT THIS TIME.
_____

_____

        **WHEREFORE,** I respectfully request that the Court grant my motion, as well as such other

and further relief as may be just and proper.

        **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: NEW ROCHELLW          , NY
        *(city)*          *(state)*
MAY          21      , 20 15
*(month)*      *(day)*      *(year)*

Signature L.LEWLLYN ANGELO WILLIAMS
Address 22 CLINTON AVENUE
NEW ROCHELLE,NEW YORK
Telephone Number 914-563-6799
Fax Number *(if you have one)* _____

*Rev. 05/2007*