MEMORANDUM ENDORSEMENT

<u>Williams v. The City of New Rochelle, et al.</u>, 13 cv 3315 (NSR)

Plaintiff's motion is denied. Plaintiff is reminded he is represented by counsel and cannot file documents. Clerk of Court is respectfully requested to terminate the motion (doc. 61).

    Dated:  June 1, 2015
              White Plains, NY

SO ORDERED.

Nelson S. Román, U.S.D.J.

Mailed to:

Llewellyn Angelo Williams
22 Clinton Avenue
New Rochelle, NY 10801

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2015