UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LLEWELLYN ANGELO WILLIAMS,

                                    Plaintiff,          **RESCHEDULING ORDER**

      -against-                                         13 Civ. 3315 (NSR)(JCM)

THE CITY OF NEW ROCHELLE, *et al.*,

                                   Defendants.
-------------------------------------------------------------X

TO ALL PARTIES:

The Status Conference previously scheduled for June 18, 2015 at 1:00 p.m. before Magistrate Judge Judith C. McCarthy has been rescheduled to June 18, 2015 at 12:30 p.m. in Courtroom 421.

   *Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated:  June 16, 2015
          White Plains, New York

                                                      SO ORDERED:

                                                      JUDITH C. McCARTHY
                                                     United States Magistrate Judge