UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

WILLIAMS,

                     Plaintiff(s),         **RESCHEDULING NOTICE**

- against -

                                                        13 Civ. 3315 (NSR)

THE CITY OF NEW ROCHELLE, et al.,

                     Defendant(s).
--------------------------------------------------------x

The above case previously scheduled for a status conference on July 2, 2015, **is hereby rescheduled until July 8, 2015 at 10:00 am** in Courtroom 218 before the Hon. Nelson S. Román, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

                                                          *G. Sicora*
                                               Gina Sicora, Courtroom Deputy to
                                               Hon. Nelson S. Román, U.S.D.J.

Dated:     White Plains, New York
              June 24, 2015