## UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LLEWELLYN ANGELO WILLIAMS,

                      Plaintiff,              **RESCHEDULING ORDER**

      -against-                    13 Civ. 3315 (NSR)(JCM)

THE CITY OF NEW ROCHELLE, *et al.*,

                      Defendants.
------------------------------------------------------------X

TO ALL PARTIES:

The Status Conference previously scheduled for July 1, 2015 at 2:00 p.m. before Magistrate Judge

Judith C. McCarthy has been rescheduled to July 1, 2015 at 4:00 p.m. in Courtroom 421.

   *Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated:  June 26, 2015
       White Plains, New York

                      **SO ORDERED:**

                      _____
                      JUDITH C. McCARTHY
                      United States Magistrate Judge