# RUSSELL B. SMITH
Attorney At Law
399 Knollwood Road, Suite 220
White Plains, New York 10603
(914) 997- 0555 (t)
(914) 997-0550 (f)

July 2, 2015

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Avenue
White Plains, New York   10601

    Re:  Williams v. The City of New Rochelle
         7:13 Civ 03315 (NSR) (JCM)

Dear Judge Roman:

    As are aware, I represent Llewellyn Angelo Williams in connection with the above referenced matter. Magistrate Judith C. McCarthy requested that I advise you that she has extended discovery until July 30, 2015, and to request that the conference scheduled for July 8, 2015 at 10:00 A.M., before Judge Roman, be adjourned until after July 30, 2015.

    Thank you for your consideration.

                                  Very truly yours,

                                  Russell B. Smith

RSB:jaa