**MEMO ENDORSED**

**RUSSELL B. SMITH**
Attorney At Law
399 Knollwood Road, Suite 220
White Plains, New York 10603
(914) 997- 0555 (t)
(914) 997-0550 (f)

The application is ☒ granted. / denied.

Nelson S. Román, U.S.D.J.
Dated: July 2, 2015
White Plains, New York 10601

The Status Conference is rescheduled until Aug. 20, 2015 at 11:00am. The Clerk of the Court is respectfully requested to terminate the motion (doc. 69).

July 2, 2015

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Avenue
White Plains, New York   10601

Re:  Williams v. The City of New Rochelle
     7:13 Civ 03315 (NSR) (JCM)

Dear Judge Roman:

As are aware, I represent Llewellyn Angelo Williams in connection with the above referenced matter. Magistrate Judith C. McCarthy requested that I advise you that she has extended discovery until July 30, 2015, and to request that the conference scheduled for July 8, 2015 at 10:00 A.M., before Judge Roman, be adjourned until after July 30, 2015.

Thank you for your consideration.

Very truly yours,

Russell B. Smith

RSB:jaa

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2015