# EXHIBIT C

| Month | Day | Year | Time (24 hrs) | Address of Occurrence | | APT # | Precinct/svcy CTV | Aided # (NYC) | Complaint # |
|---|---|---|---|---|---|---|---|---|---|
| Jul | 17 | 13 | 0754 | 99 Union Ave (CFD) | | | | | 91-13 |
| Jul | 17 | 13 | 0754 | How can we safely contact you? (e.g. Name, Phone) | | | O Officer-Initiated | ☒ Radio Run | O Walk-In |

**Name (Last, First, M.I.) / (include aliases)**
Rosenbaum, Felicia

Phone (757) 434 9699
DOB: Month 8 Day 27 Year 65 Age 48
O Male ☒ Female

**Street & City**
411 Lake Shores Dr Portsmouth VA
APT # Zip 23707

If non-English, language: O Spanish O Chinese O Other:

**Injured?** ☒ No  O Yes
Removed to Hospital? ☒ No  O Yes If yes, what hospital? _____
O White ☒ Black O Asian
O American Indian
O Other:
O Hispanic
☒ Non-Hispanic
O Unknown

Describe:

Notes (e.g. special needs, disability, requests):

**Name (Last, First, M.I.) / (include aliases)**
Williams, Llewellyn

Phone (914) 632 9000
DOB: Month 8 Day 27 Year 64 Age 49
☒ Male O Female

**Street & City**
99 Union Ave
APT # Zip 10801

If non-English, language: O Spanish O Chinese O Other:

**Injured?** O No  O Yes
Removed to Hospital? ☒ No  O Yes If yes, what hospital? _____
O White ☒ Black O Asian
O American Indian
O Other:
O Hispanic
☒ Non-Hispanic
O Unknown

Describe:

| | Yes | No |
|---|---|---|
| Prior DV History? | O | ☒ |
| Prior DV police report? | O | ☒ |
| Victim fearful? | O | ☒ |

**Suspect:**
| | Yes | No |
|---|---|---|
| Access to weapons? | O | ☒ |
| Drug/Alcohol history? | O | ☒ |
| Suicide threat history? | O | ☒ |

**SUSPECT/P2 present?**
☒ Yes
O No

**LIVING SITUATION**
Do parties *currently* live together? O Yes ☒ No
IF NO, have they lived together *in the past*? O Yes ☒ No
Do the parties have a *child-in-common*? O Yes ☒ No

**RELATIONSHIP: (SUSPECT / P2 to VICTIM / P1)**
O Married  O Formerly Married
O Intimate Partner/Dating  O Former Intimate/Dating
O Child of victim/party 1  O Parent of victim/party 1
☒ Relative: Brother  O Other:

| 1. Name / Street / APT / City (if needed) | Phone | DOB Month | Day | Year | Relationship to victim / P1 |
|---|---|---|---|---|---|
| 2. | | | | | |

**(Check all that apply)**

| | | | | |
|---|---|---|---|---|
| O Biting | O Impaired Alcohol/Drugs | O Pushing | O Threw Items | **Threats:** *(specify)* |
| O Destroyed Property | O Injury to Child | O Sexual Assault | O Unwanted Contact | O Injure/Kill Persons |
| (Estimated $ _____ ) | O Injury to Other Persons | O Shooting | O Verbal Abuse | O Injure/Kill Self |
| O Forced Entry | O Injury to Pet/Animal | O Slapping | O Violated Visitation/ | O Injure/Kill Pet/Animal |
| O Forcible Restraint | O Interference with Phone | O Slamming Body | Custody Conditions | O Take Child |
| O Hair Pulling | O Intimidation/Coercion | O Stabbing | O OTHER Suspect Actions: | O Destroy/Take Property |
| O Homicide | O Kicking | O Strangulation/"Choking" | | |
| | O Punching | O Suicide or Attempt _____ | | O Other: _____ |

**O Threat with weapon**
O Weapons used: *(specify)*
O Blunt Object
O Gun
O Motor Vehicle
O Sharp Instrument
O Other: _____

**Arrest Made?**
O Yes  ☒ No

**Reasons arrest not made on-scene:** ☒ No Offense Committed  O No Probable Cause  O Suspect Off-Scene
O Warrant/Criminal Summons to be requested  O Violation level: not in police presence (no citizen's arrest)  O Other:

| Offenses | Law (e.g. PL) | Section (Sub) | |
|---|---|---|---|
| 1. | | | O |
| 2. | | | O |
| 3. | | | O |

**Offenses Involved:** *(check all that apply)*  O Felony
O Misdemeanor  O Violation  O Other *(Specify)*

| | Yes | No | |
|---|---|---|---|
| Registry Checked? | ☒ | O | OP Court Name: _____ |
| Order of Protection? | O | ☒ | O Family O Criminal O Supreme |
| Stay Away Order? | O | ☒ | O Out of State O Tribal |
| Order Violated? | O | ☒ | Expiration Date: Month Day Year |
| Any PRIOR orders? | O | ☒ | |

**Photos Taken?** O Yes ☒ No | IF YES, photos taken of: O Victim Injuries O Suspect Injuries | Other evidence collected? O Yes O No
O Scene O Damaged Property O Other: _____ | IF YES, describe:

Results of investigation and basis of action taken. *(Were excited utterances, spontaneous admissions or spontaneous statements made?)* O Yes O No  *(Complete 710.30 or other form when applicable).*

SEE DET NARRATIVE

**Any Guns in House?** O Yes O No    **Any Guns Seized?** O Yes O No    Household Member Has Pistol Permit? O Yes O No    Permit Seized? O Yes O No
Permit #(s): _____    Issuing County: _____    Name on Permit(s): _____

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment, or endangerment?  O Yes  O No
IF YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY # 1-800-635-1522

**IS SUSPECT ON PAROLE OR PROBATION?**
O Probation  O Parole  O Not Supervised  O Status Unknown

**CONTACTS INITIATED BY POLICE:** O Domestic Violence Services
O Child Protective Services (or ACS)  O Other Agency: _____

| Officer's Signature (& Rank) | (PRINT and SIGN) ID | Month | Day | Year | Page |
|---|---|---|---|---|---|
| Castsita #115 | 9884 | Jul | 17 | 13 | 2 |

NYS DOMESTIC VIOLENCE HOTLINE ... 1-800-942-6906 ... DCJS Copyright © 2011 by NYS DCJS

# New Rochelle Police Department
## Detective's Supplemental Narrative Report

| | | |
|---|---|---|
| Case No.: | NR-CR-03091-13 | Case Date: **7/17/2013** |
| Event No.: | NR-EV-35078-13 | |

Reviewing Officer: **POLICE OFF CASTIGLIA, ADAM**     Review Date: **07/17/2013**

Shield No.: **1115**     Serial No.: **9884**

**Review Subject:**

At 0800hrs PO Siller and I responded on a verbal dispute. Upon arrival P1/ stated she is having a verbal dispute with her brother P2/ over ownership of a vehicle. P1/ stated the car was willed to her by their mother after she passed away in June 2013. P1/ provided notarized documentation clearly indicating that she is now the person responsible of the vehicle NY-DAW8788. It should also be noted that P1/ also had the vehicle's keys, registration and title in her possession, vehicle was valid. P1/ stated she is unaware where the license plates for the vehicle are. P2/ claims he has no information on the whereabouts of the license plates. P1/ was provided with an MV78-b should the license plates remain missing. ROs responded with P1/ and P2/ to the private parking lot of 122 Union Ave. RO observed that P2/ had placed and illegal boot on vehicle/NY-DAW8788. RO advised P2/ to remove the boot from the vehicle as P2/ did not have the authority to boot any vehicles in this lot. It should be noted that this parking lot was clearly marked by a sign indicating it was the responsibility of SafeWay Towing to enforce any type of booting or towing activity at this parking lot. Both parties left the area without further incident both were advised to address the matter in civil court. (VAC issued, HQ advised)

| Status: | Signature of Reporting Officer: | Signature of Supervising Officer: |
|---|---|---|
| | | |



# Civilian Complaint Form (CO3)
# Reporte De Quejas Civiles

Complaint No/
Núm. de Queja o Reclamo
LEAVE BLANK /Deje el espacio en blanco

| 35078-13 |

## New Rochelle Police Department
## 475 North Avenue New, Rochelle NY 10801

Please deliver in person or mail completed form to: INTERNAL AFFAIRS UNIT at the above address. Please make a copy for your records. *Por Favor de entregar este formulario al cuartel en persona, o de enviarlo a: INTERNAL AFFAIRS UNIT, a la dirección mencionada arriba. Por favor, haga una copia para sus archivos.*

| Date and Time Reported (DD/MM/YYYY, HRS) Hora y fecha del reporte 10:37Am 07-17-2013 | Date and Time of Incident (DD/MM/YYYY, HRS) Hora y fecha dell incidente 07-17-2013 8am-845am | Location of Incident Lugar del incidente 122 Union Ave New Rochelle N.Y. 10801 |
|---|---|---|

| Complainant's Last Name Apellido del reclamante Williams | First Name Primer Nombre Angelo | | Date of Birth (DD/MM/YYYY) Fecha de Nacimento 08-27-64 | Race Raza BLACK |
|---|---|---|---|---|
| Mailing Address/ Apartment or floor Direccion Postal /Apt. o Piso 22 Clinton Ave New Rochelle N.Y | City, State, Zip Code Ciudad, Estado New Rochelle NY 10801 | | Day Phone Tel. Día 914 5636199 | Evening Phone Tel. Noche |

| Witness's Last Name Apellio del testigo(s) | First Name Primer Nombre | Age Edad | Mailling Address/ Apartment or floor Direccion Postal /Apt. o Piso | Day Phone/ Evening Phone Tel. Dia/ Tel. Noche |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Time and Date of Occurrence/ Hora y fecha del incidente 0754Hrs 17 Jul 13 | Location/ Lugar 122 Union Ave |
|---|---|

| Name of Police department Member(s) involved- if unknown, provide description. Nombre del policia(s)- si lo desconoce, proveer descripcion | Shield # Número de placa | Division/ División |
|---|---|---|
| PO Adam Castagna | 1115 | PSU |
| PO Edward Sillea | 1175 | PSU |
| | | |

## Nature of Complaint/ Tipo de querella/ Queja:

☐ Arrest /Arresto

☒ Other Complaint/ Otro tipo de reclamo/ Queja

☐ Sexual Harassment/ Acoso Sexual

☐ Detention/ Detención

☐ Search of Property/ Allanamiento de propiedad

☐ Theft by Officer/ Robo por un Policia(s)

☐ Excessive Force/ Uso de fuerza excesiva

☐ Property Lost by Officer/ Propiedad perdida por policia(s)

☐ Search of Person/ Cateo (Registro) de su persona

☐ Hate or Bias/ incidente basado en odio o prejuicio

☐ Racial Profiling/Descriminación

☐ Verbal Abuse/ Abuso verbal

Details of Complaint (Use reverse side of paper if more space is required/ Provea los detalles de reclamo/ Queja. (Si necesita más espacio usar la parte de atras de éste formulario)

| Complainant's Signature/ Firma del reclamante Angelo Williams | Date/ Fecha 07-17-2013 | Police officer Receiving Complaint Form/ Agente de policia reciviendo esta información |
|---|---|---|

Today Wednesday, July 17, 2013 Approx about 8:00 O'clock New Rochelle police was call to 99 Union Ave to handle a dispute attain to my late mother car that was park in a private lot. The car is register and insure under my late mother Alice Williams. The Car was left in possession of the young son Kevin Williams. My sister Felicia come to New York and call New Rochelle Police to tell them that car belong to her and that she wants to know where the plates for the car. She has no title for the car and I was telling the officers that I don't know anything about the car belonging to her. The car either belongs to my brother Kevin or all of us. None of us has seen anything stating otherwise. I told the officer that I was going file the death certificate with the court in White Plains to let the judge figure it out. The two officer decide to let my sister Felicia drive the car without no valid license plate. This is reason why I'm filing a report against the two New Rochelle Police officers. A. W

Angelo Williams