# EXHIBIT D

Event No. NR-EV-10220-13    Event Date 3/2/2013 3:00 PM    Created By MICHAELS, CHRISTOPHER

Desk Officer    SALERNO, JOSEPH    Desk Officer Rank    SERGEANT

Desk Officer Serial No.    8855    Desk Officer Shield No.    35

Call Type    DISPUTE    How Received    TELEPHONE

Business Name

Location of Assignment    466 MAIN ST NEW ROCHELLE, NY 10801-6431

Post

Disposition    SERVICED BY CAD

Dispatch Date    3/2/2013 15:02:00    Received Date    3/2/2013 15:00:00

Start Time    15:06:00    End Time        Total Time

### Event Personnel

Name    DIAZ, JOSE
Rank    POLICE OFF    Serial No.    10262    Shield No.    1113

Name    CHERN, HUNG-HAW
Rank    POLICE OFF    Serial No.    10179    Shield No.    1095

Name    LORE, FRANK
Rank    POLICE OFF    Serial No.    9206    Shield No.    1039

Name    INZEO, JOHN
Rank    SERGEANT    Serial No.    8224    Shield No.    3

### Event Units

Unit: 02    Unit Description: 2    Primary

Unit Status History:

| Status | Status Date/Time | Location |
|---|---|---|
| Dispatch | 3/2/2013 03:02:25 | |
| Arrived At Scene | 3/2/2013 03:08:31 | |
| Freed | 3/2/2013 03:38:11 | 466 MAIN ST |

Unit: 03    Unit Description: 3    Backup

Unit Status History:

| Status | Status Date/Time | Location |
|---|---|---|
| Dispatch | 3/2/2013 03:02:29 | |
| Arrived At Scene | 3/2/2013 03:07:29 | |
| Freed | 3/2/2013 03:38:18 | 466 MAIN ST |

Unit: 16    Unit Description: 16    Backup

Unit Status History:

| Status | Status Date/Time | Location |
|---|---|---|
| Dispatch | 3/2/2013 03:05:57 | |

Printed on: 7/29/2013 at 12:23 PM    Event No. NR-EV-10220-13        Page 1 of 2

Arrived At Scene  3/2/2013 03:06:03
Freed  3/2/2013 03:38:35  466 MAIN ST

Unit: 20                    Unit Description: 20                    Backup

Unit Status History:

| Status | Status Date/Time | Location |
|---|---|---|
| Dispatch | 3/2/2013 03:11:07 | |
| Arrived At Scene | 3/2/2013 03:20:24 | |
| Freed | 3/2/2013 03:28:45 | 466 MAIN ST |

### Event People

| | | | | | |
|---|---|---|---|---|---|
| Caller Name | SHERMAN, VICTORIA | | | | |
| Date of Birth | 1/12/1977 | Gender | F Female | Role | CALLER |
| Height | | Eye Color | | | |
| Address | 466 MAIN ST New Rochelle, NY 10801-6431 | | | | |
| Phone Number | (917) 992-2111 | | | | |

| | | | | |
|---|---|---|---|---|
| Name | / AVALON TOWING, ANGELO | | | |
| Date of Birth | | Gender | | Role |
| Height | | Eye Color | | |
| Address | | | | |

### Associated Numbers

### Narrative

cmichaels - 3/2/2013 - 15:00:58

COMP IN BMW X5 STATES HAVING VERBAL 10-8 W/AVALON TOWING

jdiaz - 3/3/2013 - 08:00:43

Sgt Inzeo, PO Lore, PO Chern and I responded to incident location in regards to a dispute over a boot. Upon arrival comp stated he vehicle NY-FPB8569 was booted by Pi/ but she has a permit to park at location. I did see the permit on the drivers side rear window. Pi/ stated he did not see the permit and that is why he placed the boot on the car. Pi/ then removed the boot and both parties when on their way.

---

Approved By:                                                                                      Date: 3/3/2013 9:19 AM

SERGEANT BRADY,MATTHEW J                              Shield/Serial No. 20 / 7051

Printed on: 7/29/2013 at 12:23 PM     Event No. NR-EV-10220-13          Page 2 of 2