# EXHIBIT E

Please deliver in person or mail completed form to INTERNAL AFFAIRS UNIT at the above address. Please make a copy for your records. Por Favor de entregar este formulario al cuartel en persona, o de enviarlo a INTERNAL AFFAIRS UNIT, a la dirección mencionada arriba.

| Date and Time Reported (DD/MM/YYYY, HRS) / Hora y fecha del reporte | Date and Time of Incident (DD/MM/YYYY, HRS) / Hora y fecha del incidente | Location of incident / Lugar del incidente |
|---|---|---|
| 9:49 pm 2/3/12 | 9:49 pm 2/3/12 | CVS - 625 North Ave |

| Complainant's Last Name / Apellido del reclamante | First Name / Primer Nombre | Date of Birth (DD/MM/YYYY) / Fecha de Nacimiento | Race / Raza |
|---|---|---|---|
| Williams | Angelo | 08-27-1964 | Black |

| Mailing Address/Apartment or floor / Direccion Postal/Apt. o Piso | City, State, Zip Code / Ciudad, Estado | Day Phone / Tel. Día | Evening Phone / Tel. Noche |
|---|---|---|---|
| 32 Clinton Ave | New Rochelle 10801 | 914-563-6794 | |

| Witness's Last Name / Apellio del testigo(s) | First Name / Primer Nombre | Age / Edad | Mailing Address/ Apartment or floor / Direccion Postal /Apt. o Piso | Day Phone/ Evening Phone / Tel. Día/ Tel. Noche |
|---|---|---|---|---|
| | | | | |

| Time and Date of Occurrence/ Hora y fecha del incidente | Location/ Lugar |
|---|---|
| | 625 North Ave, New Rochelle |

| Name of Police Department Member(s) involved- if unknown, provide description. Nombre del policia(s) - si lo desconoce, proveer descripcion | Shield # / Número de placa | Division/ División |
|---|---|---|
| Sgt. Conca | | |
| P.O. Schlesenger | | |

**Nature of Complaint/ Tipo de querella/ Queja:**

- [ ] Arrest / Arresto
- [x] Other Complaint/ Otro tipo de reclamo/ Queja
- [ ] Sexual Harassment/ Acoso Sexual
- [ ] Detention/ Detención
- [ ] Search of Property/ Allanamiento de propiedad
- [ ] Theft by Officer/ Robo por un Policia(s)
- [ ] Excessive Force/ Uso de fuerza excesiva
- [ ] Property Lost by Officer/ Propiedad perdida por policia(s)
- [ ] Search of Person/ Cateo (Registro) de su persona
- [ ] Hate or Bias/ Incidente basado en odio o prejuicio
- [ ] Racial Profiling/ Descriminación
- [x] Verbal Abuse/ Abuso verbal

**Details of Complaint** (Use reverse side or paper if more space is required)/ Provea los detalles de reclamo/ Queja. (Si necesita mas espacio use la parte de atras de este formulario).

Avalon Towing booted vehicle at CVS. Sgt. Conca pulled into CVS lot observed boot on car. Sgt. advised P.O. Schlesenger to contact Avalon

| Complainant's Signature/ Firma del reclamante | Date/ Fecha | Police officer Receiving Complaint Form/ Agente de policia reciviendo esta informacion |
|---|---|---|
| | | |

2/29 Left message for Angelo.

3/9/12 Spoke w/ Angelo. Advised him that LT Mandell addressing the problem.