# EXHIBIT F

Time boot called in 9:44 p.m.-January 10, 2015

I was calling in a few boots from 277 North Avenue, New Rochelle, NY at Bank of America. At that time the officer informed me on the phone that the desk sergeant told him I could only call in one boot at a time. I told the officer that's not in the law and that anytime I get boots if its one, two, three or four I will call them all in at that same time because I will not give them a reason to write me a city code like they will and I will not lose money by waiting for them to answer the phone when they get ready for me to call another boot in. I then proceeded to tell the officer to tell his desk sergeant that if he had something to say he could come and tell me himself and within about twenty minutes an officer pulled up. At that time I was putting a bigger boot on a truck that I had already called in. The truck was in the corner by the bushes, I was walking out from putting that boot one and when I got up my pants were a little loose so I was adjusting my pants. He said that I was peeing and I told him that's ridiculous I just finished putting a boot on. At that time he then said I 'm going to write you a city code anyway for peeing and I told him that I wasn't peeing and he didn't see my penis out at any time. So then they had 5 cop cars come there it looked like a circus and then they finally left after about 25 minutes to a half hour and I waited for about another 25 minutes to 40 minutes and I went to the police department to file a complaint. They didn't take the complaint but they gave me a complaint form to fill out. At the time while I was in the police station another supervisor came out and asked me that there was three cars booted in the parking lot and he wanted to know if there was stickers on the windows if he goes there and I said yes. If you go there now the stickers are on the windows, I still hadn't gotten the complaint form from the police department so the supervising officer went back to Bank of America and while all three stickers are on the window he decided he was going to write me a city code for not having a sticker on one of the cars and his reason for doing that was he said earlier when he was on the scene going back 40 minutes or a hour ago he said he observed that it didn't have a sticker and so that's why he's writing the city code. And then they proceeded to look around to find a reason to write me a city code deliberately and they said there are signs inside the parking lot but not immediately at the entrance. I told them I had a sign there and either it blew down or someone pulled it down you can see on the pole where the ties for the sign and the glue is on the pole that would suggest

there was a sign posted there. I explained to the officer the reason and his intentions were to write a city code violations on me to get back at me for threatening to file this complaint against the officer for writing me a ticket for a bogus city code that he made up.

The officers name that either written the bogus ticket for peeing his last name is Wilson or he ordered a officer to write the city code for him for peeing.

The supervisor ordered this police officer badge number 9404 to write me a city code for not having a sticker on the car and not having a sign on the actual entrance where he could see there was ties and glue on the pole so instead of him saying look, you have to put up some another sign and instead of me a city code knowing that a sign was there. This is nothing but harassment this has happened time after time the judge seen what I showed before that I had a sign there and he throws it out because its common sense that people do that all the time either pull it down or the wind blows it down. These police officers haven't been reprimanded since Ive been in business for doing the things they've constantly been doing to me that's why they continue to do it. The supervisors or the internal affairs time and time find these rogue officers of no wrong doing even though I beat the charges in court or the charges get dismissed these supervisors and internal affairs must have a disconnect when it comes to police misconduct. The harassment has yet to stop as soon as I start calling in lots of boots that's when the harassment comes from the police department its as if they're counting the money they believe I'm making or they don't want to be bothered with taking the calls for the boots this does not happen with Safeway in the history of Safeway towing and supervisors and internal affairs can't put the connection together that I am being harassed or they don't want to. I am going to file another lawsuit this week on internal affairs and all supervisors pertaining to any incidents with me because you haven't done nothing to stop it and that's why it continues to happen. I also video taped the five police cars at the scene as if I'd raped a white woman. You know what they used to do to black men if they thought they raped a woman, they hang 'em like these police officers are doing me. So I expect yall to turn another blind eye I wouldn't expect nothing less. So here's my report.