# EXHIBIT G

On Saturday, May 2, 2015, at 5:21 p.m., I was at Chase Bank on 491 Main Street. I called in two boots to the New Rochelle police department. The officer that answered the phone he would take the information, as i was holding on a female officer pulled in the parking lot and asked me whats going on Angelo, I said, I'm holding on waiting to call in the two boots, she said I could only call in one boot at a time and i told her thats not what it says in New Rochelle law, I said that law says to call in the boot immediately and thats what I was doing, she called headquarters and asked them what do the actual law say, they told her it say notify immediately. She wasn't going to write me a city code, her superior officer Sgt. Conca then pulled into the parking lot and ordered to write a city code for failure to notify police. The same officer that Im suing. This is noting but harassment and the reason why is today I called in 5 boots at the same location and the officer took the 5 boots and told me while I'm there if I get any more boots while I'm there call them in a one a time. That makes more sense. If I come and they're four boots there already I can call them all in immediately. Like I said in my deposition they try to look for a reason to write me a city code by running down to the location to see if the boot is called in and thats why they want me call them in one at a time. Its nothing but harassment, all you have to do is check when I call in the boots since the beginning of January and most to the daytime most of the officers will except me calling in multiple boots at a , the nighttime officers are the ones that harass me and they are determined to find ways to write me a city code, they constantly violate my civil rights and I called internal affairs and they do nothing about whats going on here. The police department doesn't have no leadership they allow this to go on