# EXHIBIT H

# Civilian Complaint Form (CO3)
# Reporte De Quejas Civiles



Complaint No/
Núm. de Queja o Reclamo
LEAVE BLANK /Deje el espacio en blanco

**New Rochelle Police Department**
**475 North Avenue New, Rochelle NY 10801**

Please deliver in person or mail completed form to: INTERNAL AFFAIRS UNIT at the above address. Please make a copy for your records. *Por Favor de entregar este formulario al cuartel en persona, o de enviarlo a: INTERNAL AFFAIRS UNIT, a la dirección mencionada arriba. Por favor, haga una copia para sus archivos.*

| Date and Time Reported (DD/MM/YYYY, HRS) / Hora y fecha del reporte | Date and Time of Incident (DD/MM/YYYY, HRS) / Hora y fecha dell incidente | Location of Incident / Lugar del incidente |
|---|---|---|
| 05/22/2015 | 05/17/2015 | 491 Main Street |

| Complainant's Last Name / Apellido del reclamante | First Name / Primer Nombre | Date of Birth (DD/MM/YYYY) / Fecha de Nacimento | Race / Raza |
|---|---|---|---|
| Williams | Angelo | 08/27/2015 | Black |

| Mailing Address/Apartment or floor / Direccion Postal /Apt. o Piso | City, State, Zip Code / Ciudad, Estado | Day Phone / Tel. Día | Evening Phone / Tel. Noche |
|---|---|---|---|
| 22 Clinton Avenue | New Rochelle, NY 10801 | 914-563-6799 | |

| Witness's Last Name / Apellio del testigo(s) | First Name / Primer Nombre | Age / Edad | Mailing Address/Apartment or floor / Direccion Postal /Apt. o Piso | Day Phone/ Evening Phone / Tel. Dia/ Tel. Noche |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Time and Date of Occurrence/ Hora y fecha del incidente | Location/ Lugar |
|---|---|
| | |

| Name of Police department Member(s) involved- if unknown, provide description. *Nombre del policia(s)- si lo desconoce, proveer descripcion* | Shield # / Número de placa | Division/ *División* |
|---|---|---|
| White female officer (ordered by her supervisor) | 10389 | PO |

**Nature of Complaint/ Tipo de querella/ Queja:**

- [ ] Arrest /Arresto
- [x] Other Complaint/ Otro tipo de reclamo/ Queja — Harassment
- [ ] Sexual Harassment/ Acoso Sexual
- [ ] Detention/ Detención
- [ ] Search of Property/ Allanmiento de propiedad
- [ ] Theft by Officer/ Robo por un Policia(s)
- [ ] Excessive Force/ Uso de fuerza excesiva
- [ ] Property Lost by Officer/ Propiedad perdida por policia(s)
- [ ] Search of Person/ Cateo (Registro) de su persona
- [ ] Hate or Bias/ incidente basado en odio o prejuicio
- [ ] Racial Profiling/Descriminación
- [ ] Verbal Abuse/ Abuso verbal

**Details of Complaint** (Use reverse side of paper if more space is required/ *Provea los detalles de reclamo/ Queja. (Si necesita más espacio usar la parte de atras de éste formulario)*

See Attached

| Complainant's Signature/ Firma del reclamante | Date/ Fecha | Police officer Receiving Complaint Form/ Agente de policia reciviendo ésta información |
|---|---|---|
| *Angelo Williams* (signature) | 05-22-15 | |

City Code 316-3.1B

NY Rochelle police officer #10389 wrote a city code on May 17, 2015 at 4:45 or 5:45 p.m. at 491 Main Street. I have a video recording of this incident.

I called in two boots, and they took information for the first car and then they asked me what's the information for the second car and within minutes the officer came down and said to me that she was going to be writing me a city code for calling in multiple boots and I said how are you writing me a city code and they took they excepted me calling in the two boots. Again this is a way to that they can harass me by using their authority to continue to keep me from making a living. Using their crazy interpretation of the law that state's "notify immediately" which is exactly what I did. The definition of "immediately",according to Webster's Dictionary is "at once, right away, <u>instantly, now, directly, promptly, forthwith</u>, this/that (very) minute, this/that instant, there and then, then and there, on the spot, here and now, without delay, without further ado, <u>posthast</u> ", which is exactly what I did.
I've been calling in boots this way for 19 years or more.

This new law has the same language as the old law pertaining to notifying police. The new law has been in effect for two years or more.

Just recently, on January 10, 2015, I started out at Bank of America calling in boots. The first call was 3 boots, the police department took it, the next call was 4 boots, the police department took it, I called in 3 more boots, the police department took it, I believe I called in 2 more boots, the police department took it, then all of a sudden the when I went to call in maybe 3 more boots the dispatcher told me the desk sergeant said they're going to let me call in one boot at a time. From then on they wanted me to call in one boot, hang up, call back for the next boot, hang up, call back in the next boot, hang up, call back in the next boot, hang up call back, and call in the next boot. When I hang up and call in the next boot, they don't answer the phone or I'm on hold.

Meanwhile, while I'm holding for someone to answer or I've been placed on hold for them to take the boot, they send 5 or 6 patrol cars to Bank of America looking for an excuse to write me a city code, I have it on video recording dated, January 10, 2015.

**From:** russellbsmithesq@aol.com
**Subject:** Re: Loss Income/Harassment New Rochelle, NY since deposition
**Date:** June 23, 2015 at 10:21 AM
**To:** angelow0007@gmail.com

Call me right away on my cell

-----Original Message-----
From: Angelo Williams <angelow0007@gmail.com>
To: nbramson <nbramson@newrochelleny.com>; cstrome <cstrome@newrochelleny.com>
Cc: bpowers <bpowers@ci.new-rochelle.ny.us>; russellbsmithesq <russellbsmithesq@aol.com>
Sent: Sun, Jun 7, 2015 2:47 pm
Subject: Loss Income/Harassment New Rochelle, NY since deposition

> To Whom it may concern:
>
> Because of the police intense harassment since
the deposition on 1/9/15 I've doing about 80 percent less business.
> The
police is using a interpretation of the way the law is written about notifying
them immediately when I call in a boot and they write me city code violations
and they continue to do.
> So far, I have about 9 city code violations
including one of my workers.  This alone causes me to have to pay lawyer fees to
fight the city code and go to court which stops you from making money
> Under
the law I've been calling in several boots at one time for 19 years up until
January 10th when the police department decided to interpret law that I can only
call one boot in at a time, hang up, call them back with the next boot, hang up,
call in the next boot, etc.  That is straight up harassment.  I have video and
recordings to back up what I'm saying.  I want to show how they come with six
and eight cars at a time, when no one complained, it's just me calling in a
boot.
>
> Since I've been in business they come 6 – 8 cars at a time this has
been done over 300 times
>
> The police are very hostile to me, it seems to
me that its escalating and I'm going to get hurt or killed if  no one is willing
to resolve this matter.  Im afraid for my life.
>
> Also I'm going to call in
the mayor, the city manager, the city clerk and the whole city council to answer
questions about this horrendous law that they signed off on that in fact put tow
companies out of business in New Rochelle and show favoritism toward Safeway.
>

> This law encourages the police department  to be able to harass me and keep
me tied up in court. I've been in touch with the deputy city manager for years
and nothings been done.
>
> I will have each entity questioned in the ongoing
federal court case that I'm involved in with New Rochelle and city council will
be asked questions by my lawyer about the new law they implemented about booting
and towing in New Rochelle.
>
> I'm going to send more information soon to
all entities.

Sincerely,

Angelo Williams