# EXHIBIT I

# Civilian Complaint Form (CO3)
# Reporte De Quejas Civiles



Complaint No/
Núm. de Queja o Reclamo
LEAVE BLANK /Deje el espacio en blanco

**New Rochelle Police Department**
**475 North Avenue New, Rochelle NY 10801**

Please deliver in person or mail completed form to: INTERNAL AFFAIRS UNIT at the above address. Please make a copy for your records. *Por Favor de entregar este formulario al cuartel en persona, o de enviarlo a: INTERNAL AFFAIRS UNIT, a la dirección mencionada arriba. Por favor, haga una copia para sus archivos.*

| Date and Time Reported (DD/MM/YYYY, HRS) / Hora y fecha del reporte | Date and Time of Incident (DD/MM/YYYY, HRS) / Hora y fecha dell incidente | Location of Incident / Lugar del incidente |
|---|---|---|
| 06/24/15 | 06/21/15 - 1:03 pm | 491 Main Street, New Rochelle |

| Complainant's Last Name / Apellido del reclamante | First Name / Primer Nombre | Date of Birth (DD/MM/YYYY) / Fecha de Nacimento | Race / Raza |
|---|---|---|---|
| Williams | Angelo | 8/27/1964 | Black |

| Mailing Address/ Apartment or floor / Direccion Postal /Apt. o Piso | City, State, Zip Code / Ciudad, Estado | Day Phone / Tel. Día | Evening Phone / Tel. Noche |
|---|---|---|---|
| 22 Clinton Ave New Rochelle | New Rochelle, NY | 914-563-6799 | |

| Witness's Last Name / Apellio del testigo(s) | First Name / Primer Nombre | Age / Edad | Mailing Address/ Apartment or floor / Direccion Postal /Apt. o Piso | Day Phone/ Evening Phone / Tel. Dia/ Tel. Noche |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Time and Date of Occurrence/ Hora y fecha del incidente | Location/ Lugar |
|---|---|
| 6/21/15 - 1:03 pm | 491 Main Street, New Rochelle |

| Name of Police department Member(s) involved- if unknown, provide description. *Nombre del policia(s)- si lo desconoce, proveer descripcion* | Shield # / Número de placa | Division/ División |
|---|---|---|
| Sgt. Bradley - New Rochelle P.D. | | |
| P.O. —   Shield /0265 | | |

**Nature of Complaint/ Tipo de querella/ Queja:**

☐ Arrest /Arresto           ☒ Other Complaint/ Otro tipo de reclamo/ Queja          ☐ Sexual Harassment/ Acoso Sexual

☐ Detention/ Detención      ☐ Search of Property/ Allanmiento de propiedad         ☐ Theft by Officer/ Robo por un Policia(s)

☐ Excessive Force/ Uso de fuerza excesiva   ☐ Property Lost by Officer/ Propiedad perdida por policia(s)   ☐ Search of Person/ Cateo (Registro) de su persona

☒ Hate or Bias/ incidente basado en odio o prejuicio   ☒ Racial Profiling/Descriminación   ☐ Verbal Abuse/ Abuso verbal

**Details of Complaint** (Use reverse side of paper if more space is required/ *Provea los detalles de reclamo/ Queja. (Si necesita más espacio usar la parte de atras de éste formulario)*

See Over →

| Complainant's Signature/ Firma del reclamante | Date/ Fecha | Police officer Receiving Complaint Form/ Agente de policia reciviendo ésta información |
|---|---|---|
| Angelo Williams | 6/24/15 | |

Details of Complaint/ *Provea los detalles de su Queja/ Reclamo*

On 6/21/15 I called in three 'boots' at 491 Main Street - Chase Bank. My company is Avalon Towing and I am paid to 'boot' illegally parked vehicles in the Chase Bank. I called in the three boots and proceeded to place the boots on the cars. Within minutes, three police vehicles arrived in the lot. The police officers informed me that I had put the 'boots' on the vehicles before I called the police. The police officer told me that he was aware that I had called in the 'boots' before he had left the New Rochelle Police Department. He then gave me two summonses for violating City Code 316-3.1B.

(CO3 Contd.)
REV. 10/13/09