**From:** NYSD_ECF_Pool <NYSD_ECF_Pool@nysd.uscourts.gov>
**To:** CourtMail <CourtMail@nysd.uscourts.gov>
**Subject:** Activity in Case 7:13-cv-03315-NSR-JCM Williams v. The City of New Rochelle Status Conference
**Date:** Fri, Jul 31, 2015 3:40 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/31/2015 at 3:39 PM EDT and filed on 7/30/2015
**Case Name:** Williams v. The City of New Rochelle
**Case Number:** 7:13-cv-03315-NSR-JCM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Minute Entry for proceedings held before Magistrate Judge Judith C. McCarthy: Status Conference held on July 30, 2015. Plaintiff shall file a pre-motion letter requesting leave to file a 6th Amended Complaint and explaining why such an amendment is appropriate and necessary by August 6, 2015. Defendants have until August 20, 2015 to respond. Discovery is closed. However, limited discovery will be allowed if the motion to amend the complaint is granted. (Court Reporter Courtflow) (jah)

**7:13-cv-03315-NSR-JCM Notice has been electronically mailed to:**

Brian Joseph Powers  bpowers@newrochelleny.com

Russell Barlow Smith  russellbsmithesq@aol.com

**7:13-cv-03315-NSR-JCM Notice has been delivered by other means to:**