# EXHIBIT C

## Domestic Incident Report

| Month | Day | Year | Time (24 hrs) | Address of Occurrence | APT # | Precinct of occy CTV | Aided # (NYC) | Complaint # |
|---|---|---|---|---|---|---|---|---|
| Jul | 17 | 13 | 0754 | 99 [Livmore?] Ave | | | | 3091-13 |

| Month | Day | Year | Time (24 hrs) | How can we safely contact you? (e.g. Name, Phone) | | | |
|---|---|---|---|---|---|---|---|
| Jul | 17 | 13 | 0754 | | ☐ Officer-Initiated | ☒ Radio Run | ☐ Walk-In |

**Name (Last, First, M.I.) / (include aliases):** Rosenbaum, Felicia
**Phone:** (757) 434-9699
**DOB:** Month 8 / Day 27 / Year 65  **Age:** 48  ☐ Male ☒ Female
**Street & City:** 411 Lake Shores Dr, Portsmouth, VA
**APT #:** ___  **Zip:** 23707
**If non-English, language:** ☐ Spanish ☐ Chinese ☐ Other

**Injured?** ☒ No ☐ Yes
**Removed to Hospital?** ☒ No ☐ Yes If yes, what hospital? ___
Race: ☐ White ☒ Black ☐ Asian ☐ American Indian ☐ Other
☐ Hispanic ☒ Non-Hispanic ☐ Unknown
**Describe:** ___

---

**Name (Last, First, M.I.) / (include aliases):** Williams, Llewellyn
**Phone:** (914) 632-9002
**DOB:** Month 8 / Day 27 / Year 64  **Age:** 49  ☒ Male ☐ Female
**Street & City:** 99 Union Ave
**APT #:** ___  **Zip:** 10801
**If non-English, language:** ☐ Spanish ☐ Chinese ☐ Other

**Injured?** ☐ No ☐ Yes
**Removed to Hospital?** ☒ No ☐ Yes If yes, what hospital? ___
Race: ☐ White ☒ Black ☐ Asian ☐ American Indian ☐ Other
☐ Hispanic ☒ Non-Hispanic ☐ Unknown
**Describe:** ___

**Prior DV History?** ☐ Yes ☒ No
**Prior DV police report?** ☐ Yes ☒ No
**Victim fearful?** ☐ Yes ☒ No
**Suspect:**
**Access to weapons?** ☐ Yes ☒ No
**Drug/Alcohol history?** ☐ Yes ☒ No
**Suicide threat history?** ☐ Yes ☒ No

---

**SUSPECT/P2 present?** ☒ Yes ☐ No

**LIVING SITUATION**
- Do parties currently live together? ☐ Yes ☒ No
- IF NO, have they lived together in the past? ☐ Yes ☒ No
- Do the parties have a child-in-common? ☐ Yes ☒ No

**RELATIONSHIP: (SUSPECT / P2 to VICTIM / P1)**
- ☐ Married  ☐ Formerly Married
- ☐ Intimate Partner/Dating  ☐ Former Intimate/Dating
- ☐ Child of victim/party 1  ☐ Parent of victim/party 1
- ☒ Relative: Brother  ☐ Other

---

**(Check all that apply)**
- ☐ Biting
- ☐ Destroyed Property (Estimated $ ___)
- ☐ Forced Entry
- ☐ Forcible Restraint
- ☐ Hair Pulling
- ☐ Homicide
- ☐ Impaired Alcohol/Drugs
- ☐ Injury to Child
- ☐ Injury to Other Persons
- ☐ Injury to Pet/Animal
- ☐ Interference with Phone
- ☐ Intimidation/Coercion
- ☐ Kicking
- ☐ Punching
- ☐ Pushing
- ☐ Sexual Assault
- ☐ Shooting
- ☐ Slapping
- ☐ Slamming Body
- ☐ Stabbing
- ☐ Strangulation/"Choking"
- ☐ Suicide or Attempt
- ☐ Threw Items
- ☐ Unwanted Contact
- ☐ Verbal Abuse
- ☐ Violated Visitation/Custody Conditions
- ☐ OTHER Suspect Actions: ___
- Threats: (specify)
  - ☐ Injure/Kill Persons
  - ☐ Injure/Kill Self
  - ☐ Injure/Kill Pet/Animal
  - ☐ Take Child
  - ☐ Destroy/Take Property
  - ☐ Other: ___
- ☐ Threat with weapon
- ☐ Weapons used: (specify)
  - ☐ Blunt Object
  - ☐ Gun
  - ☐ Motor Vehicle
  - ☐ Sharp Instrument
  - ☐ Other: ___

---

**Arrest Made?** ☐ Yes ☒ No
**Reasons arrest not made on-scene:** ☒ No Offense Committed ☐ No Probable Cause ☐ Suspect Off-Scene
☐ Warrant/Criminal Summons to be requested ☐ Violation level: not in police presence (no citizen's arrest) ☐ Other

| Offenses | Law (e.g. PL) | Section (Sub) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Offenses Involved:** (check all that apply) ☐ Felony ☐ Misdemeanor ☐ Violation ☐ Other (specify)
- Registry Checked? ☒ Yes ☐ No
- Order of Protection? ☐ Yes ☒ No — OP Court Name: ___
- Stay Away Order? ☐ Yes ☒ No — ☐ Family ☐ Criminal ☐ Supreme
- Order Violated? ☐ Yes ☒ No — ☐ Out of State ☐ Tribal
- Any PRIOR orders? ☐ Yes ☒ No — Expiration Date: Month/Day/Year

---

**Photos Taken?** ☐ Yes ☒ No
IF YES, photos taken of: ☐ Victim Injuries ☐ Suspect Injuries ☐ Scene ☐ Damaged Property ☐ Other

**Other evidence collected?** ☐ Yes ☐ No
IF YES, describe: ___

**Results of investigation and basis of action taken.** (Were excited utterances, spontaneous admissions or spontaneous statements made?) ☐ Yes ☐ No (Complete 710.30 or other form when applicable).

SEE DET NARRATIVE

---

**Any Guns in House?** ☐ Yes ☐ No  **Any Guns Seized?** ☐ Yes ☐ No  **Household Member Has Pistol Permit?** ☐ Yes ☐ No  **Permit Seized?** ☐ Yes ☐ No
Permit #(s): ___  Issuing County: ___  Name on Permit(s): ___

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment, or endangerment? ☐ Yes ☐ No
IF YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY # 1-800-635-1522

**IS SUSPECT ON PAROLE OR PROBATION?** ☐ Probation ☐ Parole ☐ Not Supervised ☐ Status Unknown
**CONTACTS INITIATED BY POLICE:** ☐ Domestic Violence Services ☐ Child Protective Services (or ACS) ☐ Other Agency: ___

**Officer's Signature (& Rank):** [signature] Cashsica #115
**(PRINT and SIGN) ID:** 9884
**Date:** Jul 17 13

Page 2

# New Rochelle Police Department
## Detective's Supplemental Narrative Report

| | |
|---|---|
| Case No.: NR-CR-03091-13 | Case Date: 7/17/2013 |
| Event No.: NR-EV-35078-13 | |

Reviewing Officer: POLICE OFF CASTIGLIA, ADAM  
Shield No.: 1115   Serial No.: 9884  
Review Date: 07/17/2013

**Review Subject:**

At 0800hrs PO Siller and I responded on a verbal dispute. Upon arrival P1/ stated she is having a verbal dispute with her brother P2/ over ownership of a vehicle. P1/ stated the car was willed to her by their mother after she passed away in June 2013. P1/ provided notarized documentation clearly indicating that she is now the person responsible of the vehicle NY-DAW8788. It should also be noted that P1/ also had the vehicle's keys, registration and title in her possession, vehicle was valid. P1/ stated she is unaware where the license plates for the vehicle are. P2/ claims he has no information on the whereabouts of the license plates. P1/ was provided with an MV78-b should the license plates remain missing. ROs responded with P1/ and P2/ to the private parking lot of 122 Union Ave. RO observed that P2/ had placed and illegal boot on vehicle/NY-DAW8788. RO advised P2/ to remove the boot from the vehicle as P2/ did not have the authority to boot any vehicles in this lot. It should be noted that this parking lot was clearly marked by a sign indicating it was the responsibility of SafeWay Towing to enforce any type of booting or towing activity at this parking lot. Both parties left the area without further incident both were advised to address the matter in civil court. (VAC issued, HQ advised)

| Status: | Signature of Reporting Officer: | Signature of Supervising Officer: |
|---|---|---|
| | | |

Printed on: 7/29/2013 at 2:36 PM   Page 1 of 1

# Civilian Complaint Form (CO3)
# Reporte De Quejas Civiles



Complaint No/
Núm. de Queja o Reclamo  **35078-13**
LEAVE BLANK /Deje el espacio en blanco

**New Rochelle Police Department**
**475 North Avenue New, Rochelle NY 10801**

Please deliver in person or mail completed form to: INTERNAL AFFAIRS UNIT at the above address. Please make a copy for your records. Por Favor de entregar este formulario al cuartel en persona, o de enviarlo a: INTERNAL AFFAIRS UNIT, a la dirección mencionada arriba. Por favor, haga una copia para sus archivos.

| Date and Time Reported (DD/MM/YYYY, HRS)/ Hora y fecha del reporte | Date and Time of Incident (DD/MM/YYYY, HRS)/ Hora y fecha dell incidente | Location of Incident/ Lugar del incidente |
|---|---|---|
| 07-17-2013  10:37Am | 07-17-2013  8am-8:45am | 122 Union Ave New Rochelle N.Y. 10801 |

| Complainant's Last Name/ Apellido del reclamante | First Name/ Primer Nombre | Date of Birth (DD/MM/YYYY)/ Fecha de Nacimiento | Race/ Raza |
|---|---|---|---|
| Williams | Angelo | 08-27-64 | Black |

| Mailing Address/ Apartment or floor Direccion Postal /Apt. o Piso | City, State, Zip Code Ciudad, Estado | Day Phone Tel. Día | Evening Phone Tel. Noche |
|---|---|---|---|
| 22 Clinton Ave New Rochelle N.Y. | New Rochelle NY 10801 | 914 563 6199 | |

| Witness's Last Name/ Apellio del testigo(s) | First Name/ Primer Nombre | Age/ Edad | Mailing Address/ Apartment or floor Direccion Postal /Apt. o Piso | Day Phone/ Evening Phone Tel. Dia/ Tel. Noche |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Time and Date of Occurrence/ Hora y fecha del incidente | Location/ Lugar |
|---|---|
| 0754hrs 17 Jul 13 | 122 Union Ave. |

| Name of Police department Member(s) involved - if unknown, provide description. Nombre del policia(s)- si lo desconoce, proveer descripcion | Shield # Número de placa | Division/ División |
|---|---|---|
| PO Adam Castiglia | 1115 | PSO |
| PO Edward Sillea | 1175 | PSO |

**Nature of Complaint/ Tipo de querella/ Queja:**

☐ Arrest /Arresto  ☒ Other Complaint/ Otro tipo de reclamo/ Queja  ☐ Sexual Harassment/ Acoso Sexual

☐ Detention/ Detención  ☐ Search of Property/ Allanamiento de propiedad  ☐ Theft by Officer/ Robo por un Policia(s)

☐ Excessive Force/ Uso de fuerza excesiva  ☐ Property Lost by Officer/ Propiedad perdida por policia(s)  ☐ Search of Person/ Cateo (Registro) de su persona

☐ Hate or Bias/ incidente basado en odio o prejuicio  ☐ Racial Profiling/Descriminación  ☐ Verbal Abuse/ Abuso verbal

Details of Complaint (Use reverse side of paper if more space is required/ Provea los detalles de reclamo/ Queja. (Si necesita más espacio usar la parte de atras de éste formulario)

| Complainant's Signature/ Firma del reclamante | Date/ Fecha | Police officer Receiving Complaint Form/ Agente de policia reciviendo esta información |
|---|---|---|
| Angelo Williams | 07-17-2013 | [signature] #10 |

Today Wednesday, July 17, 2013 Approx about 8:00 O'clock New Rochelle police was call to 99 Union Ave to handle a dispute attain to my late mother car that was park in a private lot. The car is register and insure under my late mother Alice Williams. The Car was left in possession of the young son Kevin Williams. My sister Felicia come to New York and call New Rochelle Police to tell them that car belong to her and that she wants to know where the plates for the car. She has no title for the car and I was telling the officers that I don't know anything about the car belonging to her. The car either belongs to my brother Kevin or all of us. None of us has seen anything stating otherwise. I told the officer that I was going file the death certificate with the court in White Plains to let the judge figure it out. The two officer decide to let my sister Felicia drive the car without no valid license plate. This is reason why I'm filing a report against the two New Rochelle Police officers.   A. W

*Angelo Williams* (signature)

Angelo Williams