## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

BRIAN J. POWERS, being duly sworn, deposes and says that deponent is an attorney in the OFFICE OF THE CORPORATION COUNSEL, attorneys for one of the parties herein: is over 18 years of age; is not a party to the action. That deponent served the within

# AFFIDAVIT IN OPPOSITION

on September 28, 2015 upon the below named attorneys for the listed parties, by depositing a true copy of the same securely enclosed in a postpaid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 515 North Avenue, New Rochelle, New York  10801; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorney(s) for that purpose, or the place where said attorney(s) then kept an office, between which places there then was and now is a regular communicated by mail as follows:

Russell B. Smith, Esq.
Attorney for Plaintiff
399 Knollwood Road, Suite 220
White Plains, New York  10603

_____
BRIAN J. POWERS

Sworn to before me this
28th day of September, 2015

_____
NOTARY PUBLIC

EDWARD P. DUNPHY
Notary Public, State of New York
No. 4735217
Qualified in Westchester County
Commission Expires November 30, 2017