UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LLEWELLYN ANGELO WILLIAMS,

           -against-                                      ***NOTICE OF MOTION***

                                                                   13-CV-3315  (NSR)

THE CITY OF NEW ROCHELLE,                           ECF CASE
THE CITY OF NEW ROCHELLE POLICE
DEPARTMENT
SERGEANT DANIEL CONCA
SERGEANT JOHN INZEO
SERGEANT KYLE WILSON
POLICE OFFICER ADAM CASTIGLIA
POLICE OFFICER EDWARD SILLER,

                            Defendants
-----------------------------------------------------------------x

        **PLEASE TAKE NOTICE,** that upon the annexed letter of RUSSELL B. SMITH Esq., addressed to Judge Nelson S. Roman, and the attached Supplemental Sixth Amended Complaint, and upon all those proceedings previously had herein, Plaintiff LLEWELLYN ANGELO WILLIAMS, by the undersigned counsel will move this Court, at the Southern District of New York, 300 Quarropas Street, White Plains, for leave to file the Supplemental Sixth Amended Complaint and

        a) Granting such other and further relief as to this Court may seem just and proper

Dated: White Plains, New York
       November 7, 2015

                                                        Yours, etc.

                                                    RUSSELL B. SMITH, ESQ.

                                                Attorney for Plaintiff
                                                Llewellyn Angelo Williams
                                                399 Knollwood Road, Suite 220
                                                White Plains, New York 10603
                                                (914) 997-0555

TO: CLERK OF THE COURT
     HON. NELSON S. ROMAN
     BRIAN JOSEPH POWERS, Esq.